

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Vanessa Irene VILLAESCUSA,<br><br>    Defendant. | Magistrate Case No.: '08 MJ 8030<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 17, 2008, within the Southern District of California, defendant Vanessa Irene VILLAESCUSA did knowingly and intentionally import approximately 45.32 kilograms (99.70 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Vanessa Irene VILLAESCUSA

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brasby.

On January 17, 2008, at approximately 1931 hours, Vanessa Irene VILLAESCUSA entered the United States at the Calexico, CA, West Port of Entry. VILLAESCUSA was the sole occupant driver of a 1998 Cheverolet Malibu, which was registered to Juan Manual SALAZAR-Arciaga. At primary inspection, VILLAESCUSA presented her California driver's license and identified herself as a United States citizen to Customs and Border Protection (CBP) Officer C. Estrada. VILLAESCUSA then gave a negative Customs declaration to CBP Officer C. Estrada. During questioning, VILLAESCUSA told CBP Officer C. Estrada that she was had gone to Mexico to visit a friend, and had been there since January 12, 2008. VILLAESCUSA then told CBP Officer C. Estrada the she had bought the vehicle a couple of days ago, but it was not in her name. While speaking with VILLAESCUSA, CBP Officer C. Estrada observed that VILLAESCUSA would not make eye contact. CBP Officer C. Estrada referred VILLAESCUSA and the vehicle to secondary for a more intensive inspection.

In the vehicle secondary lot, CBP Officer M. Aguilar received a negative Customs declaration from VILLAESCUSA. During questioning, VILLAESCUSA told CBP Officer M. Aguilar that she was on her way to her apartment in El Centro, California. VILLAESCUSA also stated that she had recently moved from Mecca, California to El Centro, California. VILLAESCUSA then told CBP Officer M. Aguilar that she had just purchased the 1998 Cheverolet Malibu from a neighbor down the street and was in the process of changing the registration to her name. While speaking with VILLAESCUSA, CBP Officer M. Aguilar observed that she had very little eye contact with him and could not stand still. When CBP Officer M. Aguilar had VILLAESCUSA open the hood of the vehicle, he noticed that her hands were shaking as she tried to erect and secure the

holding bar on the hood. While conducting a more intensive inspection, CBP Officer M. Aguilar observed a wire holding the rear seat down. As CBP Officer M. Aguilar forced the corner of the rear seat up, he observed a shiny plastic package.

A subsequent inspection of the vehicle revealed fifty (50) packages, which were discovered in compartments within the engine compartment firewall, under the rear seat, the rear seat back rest, rear driver's side quarter panel, and rear passenger door. CBP Officer M. Aguilar probed a package and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 50 packages had a combined net weight of approximately 45.32 kilograms (99.70 pounds) of marijuana.

VILLAESCUSA was arrested for importation of marijuana into the United States. VILLAESCUSA was advised of her rights, per Miranda. VILLAESCUSA stated that she understood her rights and was willing to answer questions without the presence of an attorney.

VILLAESCUSA explained to agents that her and her boyfriend went to Mexicali, Mexico on January 16, 2008, to receive her boyfriend's vehicle. On the morning of January 17, 2008, VILLAESCUSA's boyfriend advised her that the vehicle was there at the hotel. VILLAESCUSA's boyfriend then advised VILLAESCUSA that she had to be careful at the border when crossing the vehicle and needed to memorize the vehicle's registration information. At approximately 1830 hours, VILLAESCUSA and her boyfriend got into a 1998 Cheverolet Malibu and drove to an AM/PM gas station to fuel up before driving directly to the Calexico, California West Port of Entry. While in line near the port, VILLAESCUSA's boyfriend exited the vehicle and told VILLAESCUSA to meet him at the first gas station in Calexico, California. VILLAESCUSA's boyfriend was to walk through pedestrian because he told her that he did not have an identification card and he had done it that way in the past. VILLAESCUSA then proceeded to drive the car across the border into the United States.

VILLAESCUSA admitted that her boyfriend would pay her $1,000.00 for driving the vehicle across the border. VILLAESCUSA also admitted to lying to CBP Officer's

1  because she did not think they would let her cross the vehicle because it was not in her
2  name.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29